IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DATACARRIER S.A,

    Plaintiff,

v.

WOCCU SERVICES GROUP, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-122-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant WOCCU Services Group, Inc. against plaintiff Datacarrier S.A. dismissing this case.

| s/V. Olmo , Deputy Clerk | 3/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |