IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DATACARRIER S.A.,

    Plaintiff,

v.

WOCCU SERVICES GROUP, INC.,,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 16-cv-122-jdp

---

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant WOCCU Services Group, Inc. against plaintiff Datacarrier S.A. dismissing this case and awarding defendant attorney fees in the amount of $936,325.00.

_/s/ Peter Oppeneer_              6/26/18
Peter Oppeneer, Clerk of Court        Date